# OFFICE OF THE CHAPTER 13 TRUSTEE
## CRAIG SHOPNECK, TRUSTEE

For Cases Filed Under Chapter 13 in the United States Bankruptcy Court
Northern District of Ohio - Eastern Division (Cleveland)

| **Office Address** | **Payment Address** |
|---|---|
| Craig Shopneck, Chapter 13 Trustee | Craig Shopneck |
| 200 Public Square, Suite 3860 | Chapter 13 Trustee |
| Cleveland, Ohio 44114-2321 | P.O. Box 593 |
| Tel: (216) 621-4268   Fax: (216) 621-4806 | Memphis, TN 38101-0593 |
| www.13trusteecleveland.com | *Include case number on payment |

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
### For the period May 27, 2015 through September 30, 2017

Case No: 15-13018-aih

| | | | |
|---|---|---|---|
| Debtor: | ANTHONY FERRINI<br>27347 MAURER DRIVE<br>OLMSTED TOWNSHIP, OH  44138 | Joint Debtor: | CLAUDIA FERRINI<br>27347 MAURER DRIVE<br>OLMSTED TOWNSHIP, OH  44138 |

| | | | |
|---|---|---|---|
| Filed: | May 27, 2015 | Required Plan Payments: | $3,377.00 MONTHLY |
| Attorney: | MARC E DANN<br>(216) 373-0539 | Delinquency: | $8,689.18 |

### RECONCILIATION OF FUNDS RECEIVED AND DISBURSED SINCE CASE FILED

| | | |
|---|---:|---:|
| Plan Payments Received: | | 84,204.82 |
| Disbursements: | | |
|     Principal | 76,162.95 | |
|     Interest | 1,469.23 | |
|     Attorney Fee | 2,200.00 | |
|     Trustee Fee | 4,365.86 | |
| | 84,198.04 | |
| Funds on Hand: | | 6.78 |
| | | 84,204.82 |



CASE NO:   15-13018-aih  
DEBTOR:    ANTHONY JOHN FERRINI           JOINT DEBTOR:  CLAUDIA MARY FERRINI

## RECEIPTS DURING REPORTING PERIOD

| Date | Amount | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|---|---|
| Jul 06, 2015 | 100.00 | Jul 13, 2015 | 100.00 | Jul 13, 2015 | 2,700.00 | Jul 21, 2015 | 100.00 | Jul 28, 2015 | 100.00 |
| Aug 03, 2015 | 100.00 | Aug 10, 2015 | 2,700.00 | Aug 11, 2015 | 100.00 | Aug 17, 2015 | 100.00 | Aug 25, 2015 | 100.00 |
| Aug 31, 2015 | 100.00 | Sep 08, 2015 | 100.00 | Sep 14, 2015 | 100.00 | Sep 14, 2015 | 2,700.00 | Sep 21, 2015 | 100.00 |
| Sep 28, 2015 | 100.00 | Oct 05, 2015 | 100.00 | Oct 09, 2015 | 2,700.00 | Oct 13, 2015 | 100.00 | Oct 19, 2015 | 100.00 |
| Oct 26, 2015 | 100.00 | Nov 02, 2015 | 100.00 | Nov 09, 2015 | 2,700.00 | Nov 09, 2015 | 100.00 | Nov 16, 2015 | 100.00 |
| Nov 23, 2015 | 100.00 | Nov 30, 2015 | 100.00 | Dec 08, 2015 | 100.00 | Dec 14, 2015 | 71.83 | Dec 15, 2015 | 2,700.00 |
| Dec 21, 2015 | 100.00 | Dec 28, 2015 | 2,700.00 | Dec 28, 2015 | 100.00 | Jan 04, 2016 | 100.00 | Jan 11, 2016 | 100.00 |
| Jan 19, 2016 | 100.00 | Jan 25, 2016 | 100.00 | Feb 03, 2016 | 100.00 | Feb 08, 2016 | 163.92 | Feb 08, 2016 | 2,700.00 |
| Feb 16, 2016 | 121.40 | Feb 23, 2016 | 136.42 | Mar 01, 2016 | 162.91 | Mar 07, 2016 | 150.74 | Mar 07, 2016 | 2,700.00 |
| Mar 14, 2016 | 161.07 | Mar 21, 2016 | 163.92 | Mar 30, 2016 | 131.18 | Apr 04, 2016 | 162.83 | Apr 06, 2016 | 2,700.00 |
| Apr 11, 2016 | 163.92 | Apr 18, 2016 | 163.92 | Apr 26, 2016 | 159.23 | May 03, 2016 | 153.69 | May 09, 2016 | 163.92 |
| May 10, 2016 | 2,700.00 | May 16, 2016 | 158.49 | May 23, 2016 | 158.12 | May 31, 2016 | 157.75 | Jun 06, 2016 | 144.83 |
| Jun 06, 2016 | 2,700.00 | Jun 13, 2016 | 161.81 | Jun 20, 2016 | 158.86 | Jun 27, 2016 | 130.44 | Jul 05, 2016 | 156.97 |
| Jul 05, 2016 | 6.95 | Jul 11, 2016 | 133.02 | Jul 11, 2016 | 2,700.00 | Jul 18, 2016 | 163.65 | Jul 26, 2016 | 160.33 |
| Aug 02, 2016 | 129.69 | Aug 08, 2016 | 2,700.00 | Aug 08, 2016 | 133.02 | Aug 15, 2016 | 158.48 | Aug 22, 2016 | 163.92 |
| Aug 29, 2016 | 163.92 | Sep 06, 2016 | 160.63 | Sep 12, 2016 | 158.12 | Sep 12, 2016 | 2,700.00 | Sep 20, 2016 | 143.51 |
| Sep 27, 2016 | 159.38 | Oct 05, 2016 | 161.97 | Oct 11, 2016 | 2,700.00 | Oct 11, 2016 | 162.20 | Oct 17, 2016 | 163.92 |
| Oct 28, 2016 | 106.33 | Nov 01, 2016 | 158.51 | Nov 07, 2016 | 2,700.00 | Nov 08, 2016 | 155.19 | Nov 14, 2016 | 148.18 |
| Nov 21, 2016 | 152.61 | Nov 29, 2016 | 163.92 | Dec 07, 2016 | 163.92 | Dec 07, 2016 | 2,700.00 | Dec 12, 2016 | 163.92 |
| Dec 19, 2016 | 163.92 | Dec 27, 2016 | 163.92 | Jan 06, 2017 | 163.92 | Jan 09, 2017 | 2,700.00 | Jan 10, 2017 | 163.92 |
| Jan 17, 2017 | 163.92 | Jan 24, 2017 | 163.92 | Jan 30, 2017 | 163.92 | Feb 06, 2017 | 163.92 | Feb 06, 2017 | 2,700.00 |
| Mar 06, 2017 | 2,700.00 | Apr 10, 2017 | 2,700.00 | May 08, 2017 | 2,700.00 | Jun 20, 2017 | 2,700.00 | Jul 11, 2017 | 2,700.00 |
| Aug 14, 2017 | 2,700.00 | Sep 11, 2017 | 2,700.00 | | | | | | |

## DISBURSEMENTS DURING REPORTING PERIOD

| Claim Number | Creditor Name /Acct# | Class | Claim Amount To Be Paid | Principal Paid Current Period /Total To Date | Interest Paid Current Period /Total To Date | Remaining Principal Due |
|---|---|---|---|---|---|---|
| 001  1282 | CAB EAST LLC | Secured | 1,572.33 | 1,572.33 / 1,572.33 | .00 / .00 | .00 |
| 001A  1282 | CAB EAST LLC | Secured | 160.94 | 160.94 / 160.94 | .00 / .00 | .00 |
| 001N | CYNTHIA A JEFFREY | Unsecured | .00 | 0.00 / .00 | 0.00 / .00 | .00 |
| 002  2076 | AMERICAN INFOSOURCE LP | Unsecured | 68.87 | 0.00 / .00 | 0.00 / .00 | 68.87 |
| 003  6037 | PRA RECEIVABLES MANAGEMENT | Unsecured | 13,982.67 | 0.00 / .00 | 0.00 / .00 | 13,982.67 |
| 003N | PRA RECEIVABLES MANAGEMENT | Unsecured | .00 | 0.00 / .00 | 0.00 / .00 | .00 |
| 004  0477 | QUANTUM3 GROUP LLC | Unsecured | 96.74 | 0.00 / .00 | 0.00 / .00 | 96.74 |
| 005  6199 | QUANTUM3 GROUP LLC | Unsecured | 231.42 | 0.00 / .00 | 0.00 / .00 | 231.42 |
| 006  2811 | QUANTUM3 GROUP LLC | Unsecured | 57.87 | 0.00 / .00 | 0.00 / .00 | 57.87 |



Page 2 of 7

12253                 0011000100250303050000

15-13018-aih    Doc 93    FILED 10/27/17    ENTERED 10/27/17 12:49:02    Page 2 of 7

**DISBURSEMENTS DURING REPORTING PERIOD**

| Claim Number /Acct# | Creditor Name | Class | Claim Amount To Be Paid | Principal Paid Current Period /Total To Date | Interest Paid Current Period /Total To Date | Remaining Principal Due |
|---|---|---|---|---|---|---|
| 007 0877 | QUANTUM3 GROUP LLC | Unsecured | 74.27 | 0.00 .00 | 0.00 .00 | 74.27 |
| 008 3650 | CAPITAL ONE AUTO FINANCE | Secured | With interest @ 5.25% 12,920.49 | 2,710.21 2,710.21 | 1,469.23 1,469.23 | 10,210.28 |
| 008N 3650 | ASCENSION CAPITAL GROUP INC | Unsecured | .00 | 0.00 .00 | 0.00 .00 | .00 |
| 008N 3650 | ASCENSION CAPITAL GROUP INC | Unsecured | .00 | 0.00 .00 | 0.00 .00 | .00 |
| 009 1560 | CAPITAL ONE BANK USA NA | Unsecured | 865.07 | 0.00 .00 | 0.00 .00 | 865.07 |
| 010 347M | WOODGATE FARMS HOMEOWNERS ASSOC | Secured | 1,195.00 | 168.22 168.22 | .00 .00 | 1,026.78 |
| 010N | KAMAN & CUSIMANO | Unsecured | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |
| 011 ####6186 | WILMINGTON SAVINGS FUND SOCIETY | Secured | Continuing | 66,020.80 66,020.80 | .00 .00 | Continuing |
| 011A ####6186 | WILMINGTON SAVINGS FUND SOCIETY | Secured | 14,914.04 | 5,530.45 5,530.45 | .00 .00 | 9,383.59 |
| 011N | DAVID H YUNGHANS ESQ | Unsecured | .00 | 0.00 .00 | 0.00 .00 | .00 |
| 012 5793 | ST JOHN MEDICAL CENTER | Unsecured | 474.65 | 0.00 .00 | 0.00 .00 | 474.65 |
| 013 8811 | PORTFOLIO RECOVERY ASSOCIATES LLC | Unsecured | 252.18 | 0.00 .00 | 0.00 .00 | 252.18 |
| 013N | PORTFOLIO RECOVERY ASSOCIATES | Unsecured | .00 | 0.00 .00 | 0.00 .00 | .00 |
| 014 1282 | FORD MOTOR CREDIT COMPANY LLC | Secured | .00 | 0.00 .00 | 0.00 .00 | .00 |
| 014A 1282 | FORD MOTOR CREDIT COMPANY LLC | Unsecured | 6,523.48 | 0.00 .00 | 0.00 .00 | 6,523.48 |
| 014N | FORD MOTOR CREDIT CO LLC | Unsecured | .00 | 0.00 .00 | 0.00 .00 | .00 |
| 015 950 | CITIMORTGAGE INC | Unsecured | 37,438.02 | 0.00 .00 | 0.00 .00 | 37,438.02 |
| 016 6186 | WILMINGTON SAVINGS FUND SOCIETY | Secured | .00 | 0.00 .00 | 0.00 .00 | .00 |
| 799 | MARC E DANN | Attorney Fees | 2,200.00 | 2,200.00 2,200.00 | .00 .00 | .00 |
| 799A | MARC E DANN | Attorney Fees | .00 | 0.00 .00 | 0.00 .00 | .00 |
| XXXN | MIA L CONNER | Unsecured | .00 | 0.00 .00 | 0.00 .00 | .00 |
| | UNIVERSITY HOSPITAL LAB SERVICES | Unsecured | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |
| | UNIVERSITY PRIMARY CARE | Unsecured | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |



CASE NO: 15-13018-aih  
DEBTOR: ANTHONY JOHN FERRINI   JOINT DEBTOR: CLAUDIA MARY FERRINI

**DISBURSEMENTS DURING REPORTING PERIOD**

| Claim Number | Creditor Name /Acct# | Class | Claim Amount To Be Paid | Principal Paid Current Period /Total To Date | Interest Paid Current Period /Total To Date | Remaining Principal Due |
|---|---|---|---|---|---|---|
| | UNIVERSITY HOSPITALS OF CLEVE | Unsecured | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |
| | UPCP UNIV SOUTHWEST SURGEONS | Unsecured | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |
| | WASSERBAUER BUROKER & PAGEDAR | Unsecured | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |
| | WESTSIDE CARDIOLOGY ASSOCIATES INC | Unsecured | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |
| | WESTSIDE PATHOLOGY ASSOC | Unsecured | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |
| | MQC COLLECTION SVC | Unsecured | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |
| | ACE RECOVERY SERVICES | Unsecured | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |
| | MONTGOMERY LYNCH & ASSOC | Unsecured | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |
| | ORTHOPAEDIC ASSOCIATES INC | Unsecured | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |
| | CLEVELAND CLINIC | Unsecured | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |
| | HMC GROUP | Unsecured | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |
| | CLINIC MEDICAL SERVICES CO | Unsecured | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |
| | JP RECOVERY SERVICES INC | Unsecured | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |
| | CLINIC REGIONAL PHYSICIANS LLC | Unsecured | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |
| | COMMUNITY HOSPITALISTS | Unsecured | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |
| | DISCOVER BANK ####0775 | Unsecured | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |
| | EMERGENCY PROF SVCS INC | Unsecured | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |
| | EMERGENCY PROFESSIONAL SVS | Unsecured | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |
| | ESCALLATE LLC ####2333 | Unsecured | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |
| | DERMATOLOGY PARTNERS | Unsecured | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |
| | FIRST FEDERAL CREDIT CONTROL ####8144 | Unsecured | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |
| | UNIVERSITY HOSPITALS OF CLEVE | Unsecured | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |
| | FIRST FEDERAL CREDIT CONTROL ####9875 | Unsecured | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |



CASE NO:   15-13018-aih  
DEBTOR:   ANTHONY JOHN FERRINI         JOINT DEBTOR:  CLAUDIA MARY FERRINI

**DISBURSEMENTS DURING REPORTING PERIOD**

| Claim Number | Creditor Name /Acct# | Class | Claim Amount To Be Paid | Principal Paid Current Period /Total To Date | Interest Paid Current Period /Total To Date | Remaining Principal Due |
|---|---|---|---|---|---|---|
| | PAVLUK GROUP | Unsecured | .00 | 0.00 / .00 | 0.00 / .00 | NOT FILED |
| | FIRST FEDERAL CREDIT CONTROL ####8143 | Unsecured | .00 | 0.00 / .00 | 0.00 / .00 | NOT FILED |
| | FIRST FEDERAL CREDIT CONTROL ####1916 | Unsecured | .00 | 0.00 / .00 | 0.00 / .00 | NOT FILED |
| | FIRST FEDERAL CREDIT CONTROL | Unsecured | .00 | 0.00 / .00 | 0.00 / .00 | NOT FILED |
| | PEARL LAW OFFICES LLC | Unsecured | .00 | 0.00 / .00 | 0.00 / .00 | NOT FILED |
| | UNIVERSITY HOSPITALS MEDICAL GROUP | Unsecured | .00 | 0.00 / .00 | 0.00 / .00 | NOT FILED |
| | UNIVERSITY HOSPITAL MEDICAL GROUP | Unsecured | .00 | 0.00 / .00 | 0.00 / .00 | NOT FILED |
| | FIRST FEDERAL CREDIT CONTROL ####6554 | Unsecured | .00 | 0.00 / .00 | 0.00 / .00 | NOT FILED |
| | FIRST FEDERAL CREDIT CONTROL ####5974 | Unsecured | .00 | 0.00 / .00 | 0.00 / .00 | NOT FILED |
| | FIRST FEDERAL CREDIT CONTROL ####1914 | Unsecured | .00 | 0.00 / .00 | 0.00 / .00 | NOT FILED |
| | FIRST FEDERAL CREDIT CONTROL ####1918 | Unsecured | .00 | 0.00 / .00 | 0.00 / .00 | NOT FILED |
| | FIRST FEDERAL CREDIT CONTROL ####1917 | Unsecured | .00 | 0.00 / .00 | 0.00 / .00 | NOT FILED |
| | FIRST FEDERAL CREDIT CONTROL ####3321 | Unsecured | .00 | 0.00 / .00 | 0.00 / .00 | NOT FILED |
| | NORTH SHORE GASTROENTEROLOGY | Unsecured | .00 | 0.00 / .00 | 0.00 / .00 | NOT FILED |
| | FIRST CREDIT ####7257 | Unsecured | .00 | 0.00 / .00 | 0.00 / .00 | NOT FILED |
| | FIRST CREDIT | Unsecured | .00 | 0.00 / .00 | 0.00 / .00 | NOT FILED |
| | ST JOHN WESTSHORE HOSP | Unsecured | .00 | 0.00 / .00 | 0.00 / .00 | NOT FILED |
| | ST JOHN WEST SHORE HOSPITAL | Unsecured | .00 | 0.00 / .00 | 0.00 / .00 | NOT FILED |
| | UNITED COLLECTION BUREAU INC | Unsecured | .00 | 0.00 / .00 | 0.00 / .00 | NOT FILED |
| | ST JOHN WEST SHORE HOSPITAL | Unsecured | .00 | 0.00 / .00 | 0.00 / .00 | NOT FILED |
| | JP RECOVERY SERVICES INC | Unsecured | .00 | 0.00 / .00 | 0.00 / .00 | NOT FILED |
| | COMPUTER COLLECTION INC | Unsecured | .00 | 0.00 / .00 | 0.00 / .00 | NOT FILED |
| | FAIRVIEW HOSPITAL | Unsecured | .00 | 0.00 / .00 | 0.00 / .00 | NOT FILED |



CASE NO: 15-13018-aih  
DEBTOR: ANTHONY JOHN FERRINI  JOINT DEBTOR: CLAUDIA MARY FERRINI

**DISBURSEMENTS DURING REPORTING PERIOD**

| Claim Number | Creditor Name /Acct# | Class | Claim Amount To Be Paid | Principal Paid Current Period /Total To Date | Interest Paid Current Period /Total To Date | Remaining Principal Due |
|---|---|---|---|---|---|---|
| | JP RECOVERY SERVICES INC | Unsecured | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |
| | MACYS ####6320 | Unsecured | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |
| | MILLENNIUM RADIOLOGY ASSOC LTD | Unsecured | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |
| | NORTHCOAST ANESTHESIA PROVIDERS ####6211 | Unsecured | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |
| | FIRST FEDERAL CREDIT CONTROL | Unsecured | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |
| | OHIO ANESTHESIA GROUP | Unsecured | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |
| | REVENUE GROUP | Unsecured | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |
| | REVENUE GROUP | Unsecured | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |
| | PHOENIX COLLECTION SERVICES | Unsecured | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |
| | REVENUE GROUP ####6477 | Unsecured | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |
| | OHIO ANESTHESIA GROUP | Unsecured | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |
| | ROBERT M STERN MD | Unsecured | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |
| | CREDIT BUREAU STARK CTY INC | Unsecured | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |
| | SJWS HOUSE PROVIDERS | Unsecured | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |
| | UH REGIONAL HOSPITALS | Unsecured | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |
| | REVENUE GROUP | Unsecured | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |
| | UH CASE MEDICAL | Unsecured | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |
| | UNIVERSITY HOSPITAL | Unsecured | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |
| | UHMP RADIOLOGY | Unsecured | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |
| | UH PHYSICIAN SERVICES | Unsecured | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |
| | UH MEDICAL GROUP | Unsecured | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |
| | FIRST FEDERAL CREDIT CONTROL | Unsecured | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |
| | RICHARD J KAPLOW ESQ | Unsecured | .00 | 0.00 .00 | 0.00 .00 | NOT FILED |



CASE NO: 15-13018-aih  
DEBTOR: ANTHONY JOHN FERRINI JOINT DEBTOR: CLAUDIA MARY FERRINI

## DISBURSEMENTS DURING REPORTING PERIOD

| Claim Number | Creditor Name /Acct# | Class | Claim Amount To Be Paid | Principal Paid Current Period /Total To Date | Interest Paid Current Period /Total To Date | Remaining Principal Due |
|---|---|---|---|---|---|---|
| | UNIVERSITY HOSPITALS OF CLEVE | Unsecured | | 0.00 | 0.00 | |
| | | | .00 | .00 | .00 | NOT FILED |

